IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO CARDENAS,

      Plaintiff,              No. 2:12-cv-1101 CKD P

   vs.

N. WARREN, et al.,

      Defendants.     <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  He has consented to the magistrate judge's jurisdiction, as allowed by 28 U.S.C. § 636(c).

      On May 7, 2012, plaintiff was ordered to file an application to proceed in forma or pay the appropriate filing fees within thirty days.  Plaintiff was informed that failure to comply withe the order would result in dismissal.  The thirty day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

////

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice, and this case is closed.
3  Dated: June 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 3/card1101.fifp