1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERTO CARDENAS,

11            Plaintiff,                    No. 2:12-cv-1101 CKD P

12        vs.

13   N. WARREN, et al.,

14            Defendants.                  ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. §

17   1983.  He has consented to the magistrate judge's jurisdiction, as allowed by 28 U.S.C. § 636(c).

18            On May 7, 2012, plaintiff was ordered to file an application to proceed in forma or

19   pay the appropriate filing fees within thirty days.  Plaintiff was informed that failure to comply

20   withe the order would result in dismissal.  The thirty day period has now expired, and plaintiff

21   has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

22   ////

23   ////

24   ////

25   ////

26   ////

1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2    prejudice, and this case is closed.

3     Dated: June 26, 2012

4                                                          _____
                                                          CAROLYN K. DELANEY

5                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8    3/card1101.fifp

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26